UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DWAYNE T. DUNLAP,

       Defendant.

2:01-CR-0332-LRH-PAL

ORDER

Before the court is defendant Dwayne T. Dunlap's ("Dunlap") motion to correct sentence. Doc. #331.[1] In response, the United States of America filed a counter-motion to dismiss Dunlap's motion. Doc. #332.

Dunlap is currently serving a one hundred and forty-four (144) month sentence for conspiracy to distribute a controlled substance. *See* Doc. #182. Dunlap filed the present motion seeking seven hundred and seventy-eight (778) days credit on his sentence for time he allegedly served in jail prior to his sentencing. *See* Doc. #331. The court has reviewed Dunlap's motion and finds that it should be denied.

First, the court notes that Dunlap filed the present motion *pro se* despite currently being represented by counsel on a separate motion for reduction of sentence. As such, Dunlap's *pro se* motion is an improper filing that violates Local Rule IA 10-6(a) and shall be denied on this basis.

---

[1] Refers to the court's docket number.

*See* LR IA 10-6(a) ("A party who has appeared by attorney cannot while so represented appear or act in the case.").

Second, the court finds that Dunlap's motion is without merit. On March 11, 2011, Dunlap filed his first motion to receive credit for time served. Doc. #311. The court denied Dunlap's motion on the ground that a district court lacks the authority to make an initial determination of time served, which first must be made by the Bureau of Prisons. *See* Doc. #313. Dunlap's present duplicative motion shall be denied for the same reason as Dunlap fails to provide the court with any proof that he has exhausted all administrative remedies for receiving a sentencing credit with the Bureau of Prisons. Accordingly, the court shall deny Dunlap's motion.

IT IS THEREFORE ORDERED that defendant's motion to correct sentence (Doc. #331) is DENIED.

IT IS FURTHER ORDERED that plaintiff's motion to dismiss (Doc. #332) is GRANTED.

IT IS SO ORDERED.

DATED this 25th day of June, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE